**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12cr19**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | <u>O R D E R</u> |
| | ) | |
| ROY THOMAS HILL, JR. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 61].

The Government seeks dismissal of the Bill of Indictment without prejudice as to this Defendant only. Fed.R.Crim.P. 48(a). The motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 61] is hereby **GRANTED** and the Bill of Indictment in this case is hereby **DISMISSED** without prejudice as to Defendant Roy Thomas Hill, Jr.

Signed: June 21, 2012

Martin Reidinger
United States District Judge